[No. 67560-5-I.   Division One.   March 31, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH M. KALEBU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04992-7, Michael Hayden, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 68446-9-I.   Division One.   March 31, 2014.]

JOHN PATRICK BULLINGER, *Respondent*, v. DIANA YVONNE LILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-04629-1, Gregory P. Canova, J., March 6, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 68534-1-I.   Division One.   March 31, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS JOHN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04301-9, Richard D. Eadie, J., entered March 22, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Dwyer, JJ.

[No. 68812-0-I.   Division One.   March 31, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ROBERT MORTENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08716-4, Lori Kay Smith, J., entered April 13, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.